UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT IRVINE,<br><br>                        Plaintiff,<br><br>- against -<br><br>IMCLONE SYSTEMS INCORPORATED, et al.,<br><br>                        Defendant. | No. 02 Civ. 0109 (RO)<br><br>NOTICE OF CHANGE<br>OF FIRM NAME |

PLEASE TAKE NOTICE that the name of the law firm that serves as co-counsel for defendant ImClone Systems Incorporated in this action has changed from Piper Rudnick LLP to DLA Piper Rudnick Gray Cary US LLP. The address and telephone number remain unchanged.

Dated:   New York, New York
             January 19, 2005

                                        DLA PIPER RUDNICK GRAY CARY US LLP

                                        By: _____
                                            John J. Clarke, Jr. (JC 3449)

                                        1251 Avenue of the Americas
                                        New York, New York  10020-1104
                                        (212) 835-6000

                                        Attorneys for ImClone Systems Incorporated

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for ImClone Systems Incorporated in this action, certifies that January 19, 2005, he caused to be served a copy of the foregoing Notice of Change of Firm Name on counsel for the parties by first-class mail postage prepaid at the following addresses:

William C. Fredericks, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, New York 10119

Carl H. Loewenson, Jr., Esq.
Morrison & Foerster LLP
12990 Avenue of the Americas
New York, New York 10104

Edmund W. Searby, Esq.
Scott +Scott, LLC
33 River Street
Chagrin Falls, Ohio 44022

Lewis J. Liman, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

_____
John J. Clarke, Jr.